In the Matter of the Arbitration Between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., IAFF LOCAL 282, Respondent, and CITY OF BUFFALO, Appellant.

Submitted November 7, 2011; decided December 15, 2011

Reported below, 79 AD3d 1737.

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 854 (2011)]. An order directing further arbitration proceedings, whether before the same or a different arbitrator, is not one finally determining a proceeding within the meaning of the Constitution (*Matter of SOMA Partners, LLC v Northwest Biotherapeutics, Inc.*, 41 AD3d 257 [2007], *lv dismissed* 9 NY3d 942 [2007]; *Matter of Beard v Town of Newburgh*, 259 AD2d 613 [1999], *lv dismissed* 93 NY2d 958 [1999]; *Matter of Sachem Cent. Teachers Assn. v Board of Educ. of Sachem Cent. School Dist.*, 227 AD2d 632 [1996], *lv dismissed* 88 NY2d 1064 [1996]). Older cases to the contrary (*e.g. Matter of Baar & Beards [Oleg Cassini, Inc.]*, 30 NY2d 649 [1972]) are no longer good law.